UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>KETAN AJUDIA, M.D.,<br><br>Defendant. | No.  2:24-cv-00169-TLN-CKD<br><br><br><br>**ORDER** |

Plaintiff, who is proceeding without counsel, filed the above captioned civil action.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 20, 2024, the magistrate judge filed findings and recommendations), which were served on the Plaintiff, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 10.)  Plaintiff filed objections to the findings and recommendations, which the Court considered. (ECF No. 11.)

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on March 20, 2024 (ECF No. 10), are ADOPTED IN FULL;
2. The Court GRANTS Defendant's Motion to Dismiss (ECF No. 4);
3. The Court DENIES Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2) as moot;
4. The Court DENIES Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 13) as moot;
5. This action is DISMISSED; and
6. The Clerk of the Court is directed to close this case.

Date: August 23, 2024

_____
Troy L. Nunley
United States District Judge